```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:12-cr-00283 AWI
                                   )
12              Plaintiff,         )
                                   )
13      v.                         )  STIPULATION TO ORDER TO
                                   )  CALENDAR MATTER BEFORE
14                                 )  BEFORE THE HONORABLE ANTHONY
                                   )  W. ISHII
15  MAIRO CORREA-GARCIA,           )
                                   )
16                                 )
                                   )
17              Defendant.         )
    _____)
18
```

Defendant, by and through his attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the above-captioned matter for a change of plea before this Court on

////

////

////

1

October 1, 2012, at 11:00 and vacate his status conference before Judge Dennis L. Beck at 1:00 p.m. on October 9.

DATED: September 27, 2012          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
Mairo Correa-Garcia

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on October 1, 2012, at 11:00 a.m. and that his status conference before Judge Dennis L. Beck on October 9 shall be vacated.

IT IS SO ORDERED.

Dated:    September 27, 2012    _____
                                CHIEF UNITED STATES DISTRICT JUDGE

2