BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cr-00283 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING |
| MAIRO CORREA-GARCIA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant, by and through his attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   The parties to the above-captioned matter agree to continue the sentencing in the above-captioned matter from December 3 to January 7, 2013, at 10 a.m.  The continuance is needed to allow Defendant, who is housed in Lerdo, to comply with the safety valve provisions and to accommodate the transportation schedule of the U.S. Marshal Service and the work schedules of the government and

1

its agents.

DATED: November 6, 2012                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
Mairo Correa-Garcia

O R D E R

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the above-captioned matter shall be set for sentencing on January 7, 2013, at 10:00 a.m. and that the December 3 sentencing hearing shall be vacated.

IT IS SO ORDERED.

Dated:     November 6, 2012

UNITED STATES DISTRICT JUDGE