1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  1:12-cr-00283 AWI
                                     )
12              Plaintiff,           )
                                     )
13      v.                           )  STIPULATION TO
                                     )  CONTINUE SENTENCING
14  MAIRO CORREA-GARCIA,             )
                                     )
15                                   )
                                     )
16              Defendant.           )
    _____)
17
        Defendant, by and through his attorney, DALE BLICKENSTAFF,
18
    and the United States of America, by and through its attorneys,
19
    BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR,
20
    Assistant United States Attorney, hereby enter into the following
21
    stipulation:
22
        The parties to the above-captioned matter agree to continue
23
    the sentencing in the above-captioned matter from December 3 to
24
    January 28, 2013, at 10 a.m.  The continuance is needed to allow
25
    Defendant, who is housed in Lerdo, to comply with the terms of the
26
    plea agreement and to accommodate the transportation schedule of
27
    the U.S. Marshal Service and the work schedules of the government
28

                                    1

1 | and its agents.

2 | DATED: November 29, 2012                    Respectfully submitted,

3 |                                             BENJAMIN B. WAGNER
                                                United States Attorney

4 |
                                                By: /s/ Karen A. Escobar
5 |                                               KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

6 |
                                                /s/ Dale Blickenstaff
7 |                                             DALE BLICKENSTAFF
                                                Attorney for Defendant
8 |                                             Mairo Correa-Garcia

9 |                              O R D E R

10 |     Having read and considered the foregoing stipulation,

11 |      IT IS THE ORDER of the Court that the above-captioned matter

12 | shall be set for sentencing on January 28, 2013, at 10:00 a.m. and

13 | that the December 3 sentencing hearing shall be vacated.

14 | IT IS SO ORDERED.

15 |
Dated:      November 29, 2012

16 |

17 |                              UNITED STATES DISTRICT JUDGE

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2